IT IS SO ORDERED

*Susan Illston*
Judge Susan Illston

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
CHRISTOPHER P. SEEFER (201197)
D. CAMERON BAKER (154432)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
chriss@csgrr.com
cbaker@csgrr.com

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)
jfruchter@aftlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HILYARD, Individually and on Behalf of All Others Similarly Situated, ) ) ) | No. 3:09-cv-01205-SI |
| Plaintiff, ) ) | <u>CLASS ACTION</u> |
| vs. ) ) | NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) |
| CENTURY ALUMINUM COMPANY, et al., ) ) | |
| Defendants. ) ) | |

1  TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

2       WHEREAS, class member Charles Hilyard filed a class action complaint on behalf of
3  himself and all others similarly situated against Century Aluminum Company on March 18, 2009,
4  captioned *Hilyard v. Century Aluminum Co.*, Case No. CV 09-1205 ("Complaint");

5       WHEREAS, no defendant in this action has answered or filed for summary judgment; and
6       WHEREAS, a class has not been certified in this action.

7       NOW, THEREFORE, NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P.
8  41(a)(1), Charles Hilyard voluntarily dismisses the Complaint without prejudice.

9  DATED:  October 13, 2009    COUGHLIN STOIA GELLER
                                 RUDMAN & ROBBINS LLP
10                               CHRISTOPHER P. SEEFER
                                 D. CAMERON BAKER

12
                                        s/ Christopher P. Seefer
13                                    CHRISTOPHER P. SEEFER

14                                 100 Pine Street, Suite 2600
                                   San Francisco, CA  94111
15                                 Telephone:  415/288-4545
                                   415/288-4534 (fax)
16
                                   ABRAHAM FRUCHTER & TWERSKY LLP
17                                 JACK G. FRUCHTER
                                   One Pennsylvania Plaza, Suite 2805
18                                 New York, NY  10119
                                   Telephone:  212/279-5050
19                                 212/279-3655 (fax)

20                                 Attorneys for Plaintiff

21  S:\CasesSD\Century Aluminum\NOT00062347.doc

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) –
3:09-cv-01205-SI                                                                          - 1 -

| | |
|---|---|
| 1 | <div align="center">CERTIFICATE OF SERVICE</div> |
| 2 | I hereby certify that on October 13, 2009, I electronically filed the foregoing with the Clerk |
| 3 | of the Court using the CM/ECF system which will send notification of such filing to the e-mail |
| 4 | addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have |
| 5 | mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF |
| 6 | participants indicated on the attached Manual Notice List. |
| 7 | I certify under penalty of perjury under the laws of the United States of America that the |
| 8 | foregoing is true and correct. Executed on October 13, 2009. |

          s/ Christopher P. Seefer
          CHRISTOPHER P. SEEFER

          COUGHLIN STOIA GELLER
             RUDMAN & ROBBINS LLP
          100 Pine Street, 26th Floor
          San Francisco, CA 94111
          Telephone: 415/288-4545
          415/288-4534 (fax)

          E-mail:chriss@csgrr.com

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1) –
3:09-cv-01205-SI - 2 -

## Mailing Information for a Case 3:09-cv-01205-SI

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bruce A. Ericson**
  bruce.ericson@pillsburylaw.com

- **Betsy Carol Manifold**
  manifold@whafh.com

- **Matthew Paul Montgomery**
  mattm@csgrr.com,e_file_sf@csgrr.com,e_file_sd@csgrr.com

- **Darren Jay Robbins**
  e_file_sd@csgrr.com

- **Christopher Paul Seefer**
  vcordial@csgrr.com,chriss@csgrr.com,cbaker@csgrr.com,mburch@csgrr.com

- **Shawn A. Williams**
  shawnw@csgrr.com,jdecena@csgrr.com,vcordial@csgrr.com,travisd@csgrr.com,e_file_sf@csgrr.com,cwood@csgrr.com,e_file_sd@csgrr.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

```
Arthur J. Chen
Abraham Fruchter & Twersky LLP
One Penn Plaza, Suite 2805
New York, NY 10119

Jack G. Fruchter
Abraham Fruchter & Twersky LLP
One Penn Plaza
Suite 2805
New York, NY 10119
```